# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BRODERICK MICHAEL GILES**                                                **PETITIONER**

**V.**                    **CIVIL ACTION NO. 3:22-CV-559-HTW-LGI**

**WARDEN JAMES WILKINS**                                                 **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 14].** In her Report and Recommendation, filed on May 31, 2023, the Magistrate Judge advised this court to dismiss Petioner Michael Giles' Petition for Writ of Habeas Corpus for failure to state a claim upon which relief may be granted, or in the alternative, for failure to exhaust state court remedies. Magistrate Judge Isaac further advised the parties of their right to file objections to her Report and Recommendation within fourteen (14) days of service thereof. To date, no objections to the Report and Recommendation have been filed.

This court finds that the Report and Recommendation of the United States Magistrate Judge is well-taken; therefore, the Report and Recommendation **[Docket no. 14]** is hereby **ADOPTED** as the order of this court for the reasons presented therein. Petitioner Broderick Michael Giles' Petition for Writ of Habeas Corpus **[Docket no. 1]**, accordingly, is hereby **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED AND ADJUDGED this the 22nd day of August, 2023.

                                                   **/s/HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT COURT JUDGE**